FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2012 SEP -5 PM 3: 19

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE

DAVID HUNTER,

    Plaintiffs,

vs.                                    CASE NO. 3:11-cv-453-J-20JRK

WELLS FARGO BANK, N.A, d/b/a
AMERICA' SERVICING COMPANY,

    Defendant.
_____/

## ORDER

This matter is before this Court on the parties Joint Stipulation for Dismissal with Prejudice (Dkt. 41). In this pleading the parties stipulate to dismissal of this action with prejudice. Therefore, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is

**ORDERED**:

1. The above case is hereby **DISMISSED with prejudice**; and

2. The Clerk is **DIRECTED** to terminate all pending motions and **CLOSE** this matter.

DONE AND ENTERED at Jacksonville, Florida, this ___ day of September, 2012.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Max Story, Esq.
April Walker, Esq.